IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND J. DEL BIANCO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**76 CARRIAGE COMPANY,** *et al.*<br><br>*Defendants.* | **Case No. 2:22-cv-01152-JDW** |

### ORDER

**AND NOW**, this 3rd day of August, 2022, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 13), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Counts IV, V, and VI of the First Amended Complaint (ECF No. 10) are **DISMISSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**