# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND J. DEL BIANCO,**  *Plaintiff,*  v.  **76 CARRIAGE COMPANY,** *et al.*  *Defendants.* | **Case No. 2:22-cv-01152-JDW** |

### ORDER

**AND NOW**, this 7th day of March, 2023, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 26), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' Motion For Summary Judgment (ECF No. 26) is **GRANTED**; and

2. Pursuant to Federal Rule of Civil Procedure 56(f), on or before March 17, 2023, each Party may submit a memorandum of law, not to exceed 10 pages, as to whether the Court should grant summary judgment on Plaintiff's claims of hostile work environment and retaliation.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**