**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **RAYMOND J. DEL BIANCO,** <br><br> *Plaintiff,* <br><br> v. <br><br> **76 CARRIAGE COMPANY,** *et al.* <br><br> *Defendants.* | **Case No. 2:22-cv-01152-JDW** |

## ORDER

**AND NOW**, this 4th day of April, 2023, upon consideration of the Memorandum Of Law In Support Of Defendants 76 Carriage Company d/b/a Philadelphia Trolley Works And Michael Slocum's Motion For Summary Judgment With Respect To Count II Of The Complaint (ECF No. 34) and the Memorandum Of Law Supporting Plaintiff Raymond J. Del Bianco's Claims Of Hostile Environment And Retaliation (ECF No. 35), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.      Pursuant to Federal Rule of Civil Procedure 56(f), summary judgment is **GRANTED** as to Mr. Del Bianco's claims of hostile work environment and retaliation under the Age Discrimination in Employment Act and the Pennsylvania Human Relations Act; and

2.      The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**